## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN M. PARDUSKI, | : | |
| Plaintiff, | : | |
| | : | No. 1:19-cv-01280 |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | (SCHWAB, C.M.J.) |
| Commissioner | : | |
| of Social Security, | : | |
| Defendant. | : | [**FILED VIA ECF**] |

## ORDER

AND NOW, this  15th  day of  JULY  2020, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, **Colleen Parduski**, is awarded **Six Thousand Dollars and Zero cents ($6,000.00)** in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel, Edward Wicklund.

Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT,

S/ Susan E. Schwab
_____
SUSAN E. SCHWAB
CHIEF, U.S. MAGISTRATE JUDGE